**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER GIFFORD, | No. 2:21-CV-0119-TLN-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| MICHELE HANSON, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. When the case was filed, it was randomly assigned to Magistrate Judge Allison Claire. Now before the Court is Plaintiff's motion, ECF No. 4, seeking reassignment to the undersigned. Plaintiff's motion is denied as moot because the matter has been reassigned to the undersigned pursuant to the District Judge's February 11, 2021, related case order. <u>See</u> ECF No. 6.

IT IS SO ORDERED.

Dated: April 8, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1