IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE HANSON, et al.,<br><br>Defendants. | No. 2:21-CV-0119-TLN-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 16, for an extension of time to file oppositions to Defendants' motion to dismiss, ECF No. 14, and motion to set aside entry of defaults, ECF No. 15. Good cause appearing therefor, Plaintiff's motion is granted. Plaintiff may file oppositions to Defendants' motions within 60 days of the date of this order. Defendants may file their reply briefs within 14 days of the date of service of any opposition. Thereafter, the matters will stand submitted without oral argument.

IT IS SO ORDERED.

Dated: May 26, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1