# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHELE HANSON, et al.,<br><br>　　　　Defendants. | No. 2:21-CV-0119-TLN-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for June 2, 2021, at 10:00 a.m., before the undersigned in Redding, California, on Defendants' motion to dismiss, ECF No. 14, and motion to set aside entry of defaults, ECF No. 15, is hereby taken off calendar and the matters are submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: May 26, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1