IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELE HANSON, et al.,<br><br>    Defendants. | No. 2:21-CV-0119-TLN-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. On the Court's own motion, the scheduling conference set for June 16, 2021, before the undersigned in Redding, California, is hereby vacated pending resolution of various submitted motions.

IT IS SO ORDERED.

Dated: June 4, 2021

                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE