**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER GIFFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHELE HANSON, et al.,<br><br>　　　　Defendants. | No. 2:21-CV-0119-TLN-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 29, for a 60-day extension of time to file objections to the Court's March 3, 2022, findings and recommendations. In his motion, Plaintiff states that additional time is needed because the findings and recommendations require him to "completely rewrite the Complaint in this matter. . . ." Id. at 1. Plaintiff further states that he needs additional time to do so given limitations on access to the county law library. See id. Plaintiff has not demonstrated good cause warranting the amount of time extension requested here. Specifically, the Court's findings and recommendations do not, as Plaintiff believes, require him to file an amended complaint. While the Court has recommended dismissal with leave to amend, Plaintiff would not be required to file an amended complaint until such time as the findings and recommendations are adopted by the assigned District Judge.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 29, for an extension of time to file objections to the Court's March 3, 2022, findings and recommendations is granted in part, and Plaintiff shall have thirty days from the date of this Order to file any objection to the Court's March 3, 2022, finds and recommendations.

Dated: March 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE