IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHELE HANSON, et al.,<br><br>　　　　　Defendants. | No. 2:21-CV-0119-TLN-DMC<br><br><br>ORDER |

　　　　　Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's second motion, ECF No. 37, for an extension of time to file a first amended complaint pursuant to the District Judge's September 22, 2022, order. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to difficulty reaching the nearest law library in Medford, Oregon, following recent winter storms in Northern California, Plaintiff's motion is granted. Plaintiff shall file a first amended complaint within 45 days of the date of this order.

　　　　　IT IS SO ORDERED.

Dated:  January 23, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE