# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHELE HANSON, et al.,<br><br>  Defendants. | No. 2:21-CV-0119-DJC-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's second motion, ECF No. 49, for a 60-day extension of time to file objections to the Court's March 18, 2024, findings and recommendations. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to difficulty reaching the nearest law library in Medford, Oregon, during ongoing winter storms in Northern California, Plaintiff's motion will be granted in part.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for a 60-day extension of time, ECF No. 49, is GRANTED in part.

2. The parties may file objections to the Court's March 18, 2024, findings and recommendations within 30 days of the date of this order.

Dated:  March 28, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE