IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHELE HANSON, et al.,<br><br>　　　　Defendants. | No.  2:21-CV-0119-DJC-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. This matter is set for an initial status/scheduling conference before the undersigned on January 8, 2025, at 11:00 a.m., via Zoom. On or before January 1, 2025, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

　　　　IT IS SO ORDERED.

Dated:  November 15, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1