IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHELE HANSON, et al.,<br><br>　　　　Defendants. | No. 2:21-CV-0119-DJC-DMC<br><br>SCHEDULING ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Upon referral by the District Judge, the parties appeared before the undersigned on January 8, 2025, at 11:00 a.m., for an initial scheduling conference. Upon consideration of the joint status report on file in this action, discussion with counsel, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Jurisdiction and venue are not contested.

2. No further joinder of parties or amendments to the pleadings is permitted without stipulation or leave of Court for good cause shown.

3. The parties are advised that they may, if all consent, have the matter re-assigned for all purposes, including entry of final judgment, to the undersigned Magistrate Judge. Given the extraordinary back-log of civil cases in this district, coupled with the shortage of

District Judges and pandemic-related delays in criminal cases, it is not anticipated that this matter could be set for trial before the assigned District Judge at any time within the next two years. A trial before the District Judge within the next three years is also unlikely. The parties will be able to obtain an earlier trial date by consenting to Magistrate Judge jurisdiction. Any jury trial by consent to the undersigned would be conducted in Sacramento, California. The parties are encouraged to meet and confer regarding the issue of consent and requested to notify the Court of the respective elections at their earliest opportunity.

4. The Court sets the following pre-trial schedule for this litigation:

<u>Initial Disclosures</u>: The parties are directed to exchange initial disclosures as required by Federal Rule of Civil Procedure 26(a) on or before **January 30, 2025**.

<u>Non-Expert Discovery</u>: All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by **February 20, 2026**.

<u>Expert Witness Designations</u>: The parties shall exchange initial lists of expert witnesses no later than **March 20, 2026**. The parties shall exchange lists of rebuttal expert witnesses no later than **April 17, 2026**. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

<u>Expert Discovery</u>: All expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard by **June 5, 2026**.

<u>Discovery Motions</u>:  Motions regarding discovery shall be noticed before the assigned Magistrate Judge, as provided by Eastern District of California Local Rule 302(c).

<u>Dispositive Motions</u>: All dispositive motions shall be filed by **September 4, 2026,** and noticed for a hearing on the earliest available law and motion date on the District Judge's calendar in accordance with Eastern District of California Local Rule 230(a).

<u>Duty to Supplement</u>: The parties are reminded of their continuing obligation to supplement their initial disclosures, discovery responses, and expert witness designations when required under Federal Rule of Civil Procedure 26(e).

///

5. After consideration of the parties' comments related to settlement, the parties are directed to notify the Court prior to any final pre-trial conference whether they request a court settlement conference date or referral to the Voluntary Dispute Resolution Program. The parties shall file said notification or request for referral jointly, in writing. If the parties are requesting a court-convened settlement conference, the parties shall also advise whether they waive a conflict as to the assigned Magistrate Judge for the purposes of a court-convened settlement conference.

6. The pre-trial conference is set for **January 14, 2027, at 1:30 p.m.** via Zoom before the Honorable Judge Calabretta. Separate pre-trial statements shall be filed pursuant to Local Rule 281. At the pre-trial conference, the court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents.

7. Jury trial of this matter is set for **March 15, 2027, at 8:30 a.m.** in Courtroom 7 before the Honorable Judge Calabretta. The parties shall file trial briefs pursuant to Local Rule 285.

8. This case schedule will become final without further order of the Court unless objections are filed within 14 days of the date of this order. The schedule, once final, shall not be modified except on application to the Court showing good cause. All provisions of the District Judge's Standing Scheduling Order for Civil Cases, which the parties may access on the Court's website, shall apply and are incorporated herein.

Dated: January 22, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE