**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SB# 311674
E-Mail: Ryan.Matthews@lewisbrisbois.com
JAY C. PATTERSON, SB# 238829
E-Mail: Jay.Patterson@lewisbrisbois.com
2485 Natomas Park Drive, Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants ROBERT PUCKETT, SR., MELISSA TULLEDO, CLINT DINGMAN, JULIE BOWLES and HORNBROOK COMMUNITY SERVICES DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, REDDING DIVISION

ROGER GIFFORD,

Plaintiff,

vs.

MICHELE HANSON; ROBERT PUCKETT, SR.; MELISSA TULLEDO; PATRICIA BROWN; KEVIN DIXON; CLINT DINGMAN; JULIE BOWLES; HORNBROOK COMMUNITY SERVICES DISTRICT; and JOHN DOES 1-50, inclusive,

Defendants.

Case No. 2:21-cv-00119-DJC-DMC

**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE OVERSIZED BRIEF**

Trial Date: March 15, 2027

**ORDER**

The Court, having considered Defendants' Motion for Administrative Relief Seeking Leave to File Oversized Memorandum of Points and Authorities, and good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. Defendants may file a memorandum of points and authorities not exceeding fifty-five (55) pages in support of their Motion for Summary Judgment, Motion to Exclude Experts, and Alternative Motion to Dismiss. IT IS SO ORDERED.

Dated: September 9, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE